# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Joe R. Whatley, Jr., solely in his capacity as Trustee of the WD Trust, | Case No. 17-1677 |
| Plaintiff – Appellant, | **Appellees' designation of the record** |
| v. | |
| Canadian Pacific Railway Limited, et al., | |
| Defendants – Appellees. | |

## Designation of the Record

Appellees Canadian Pacific Railway Limited, Canadian Pacific Railway Company, Soo Line Corporation, and Soo Line Railroad Company concur with Appellant's record designation and have no additional record items to designate.

Dated: April 24, 2017                    **BRIGGS AND MORGAN, P.A.**

By: *s/ Timothy R. Thornton*
    Timothy R. Thornton (#109630)
    Paul J. Hemming (#0346184)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone: (612) 977-8400
and

SULLIVAN & CROMWELL LLP
Mark F. Rosenberg
125 Broad Street
New York, NY 10004
(212) 558-4000

PEARCE & DOW, LLC
Aaron P. Burns
Two Monument Square, Suite 901
PO Box 108
Portland, ME 04112-0108
(207) 822-9900

**ATTORNEYS FOR APPELLEES**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

 *s/ Timothy R. Thornton*
Timothy R. Thornton

8283116v2